

WENDELIN I. LIPP
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In re:<br><br>**GEORGE O. SMITH, JR.** *and*<br>**SONYA F. SMITH,**<br><br>*Debtors.* | Bankruptcy No. 11-1-0423 WIL<br><br>Chapter 13 |
| **GEORGE O. SMITH, JR.** *and*<br>**SONYA F. SMITH**,<br><br>*Movants,*<br><br>*vs*.<br><br>**WELLS FARGO BANK, N.A.,**<br>*d/b/a* WELLS FARGO HOME<br>MORTGAGE,<br>*s/b/m* AMERICA'S SERVICING<br>COMPANY*,*<br><br>*Respondent.* | **ORDER GRANTING<br>MOTION TO AVOID LIEN ON<br>DEBTOR'S PRINCIPAL RESIDENCE** |

**HAVING CONSIDERED** Debtors' Motion Objecting to Claim, to Determine Secured Status and to Avoid Lien, and any response filed thereto, and it appearing that proper notice has been given, pursuant to 11 U.S.C. § 506, and for the reasons set forth in the case of *Johnson vs. Asset Management Group, LLC,* 226 B.R. 364 (D. Md. 1998), it is by the United States Bankruptcy Court for the District of Maryland,

**ORDERED,** that the claim of Respondent be and is hereby deemed wholly unsecured; and it is further

**ORDERED,** that at such time as a discharge Order is entered pursuant to 11 U.S.C. § 1328(a) in this case, the lien held in favor of Respondent on Debtors' real property described as: 821 Lake Shore Drive, Mitchellville, Maryland, shall be void, and it is further

**ORDERED,** that the claim of Respondent herein shall be allowed as a general unsecured claim under the Debtors' plan.

cc:   Chapter 13 Trustee
      Debtors
      Debtors' Attorney
      Respondent
      U.S. Trustee

**END OF ORDER**